B3A (Official Form 3A) (12/07)

**United States Bankruptcy Court**
**Eastern District of California**

In re   **Vicki Lorraine Kennedy**
                                    Debtor(s)

Case No.
Chapter   **13**

FILED 2009-41430
October 01, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002128010

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **274.00** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ **70.00** Check one    ☐ With the filing of the petition, or
                            ■ On or before  **10/15/09**

   $ **70.00** on or before **11/13/09**

   $ **70.00** on or before **12/15/09**

   $ **64.00** on or before **1/14/10**

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  **October 1, 2009**                          Signature  **/s/ Vicki Lorraine Kennedy**
                                                              **Vicki Lorraine Kennedy**
**/s/ Ryan D. Griffin**                                       Debtor
Attorney for Debtor(s)
**Ryan D. Griffin 236208**
**The Griffin Law Firm**
**980 Ninth Street**
**16th Floor**
**Sacramento, CA 95814**
**(916) 418-1032**
Fax: **(916) 418-1044**
**ryan@thegriffinlawfirm.com**

# United States Bankruptcy Court
## Eastern District of California

In re  **Vicki Lorraine Kennedy** _____  Case No. _____
                                            Debtor(s)         Chapter  **13**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐     IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐     IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one   ☐  With the filing of the petition, or
                              ☐  On or before _____

$ _____  on or before _____

$ _____  on or before _____

$ _____  on or before _____

☐     IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____          _____
                                       *United States Bankruptcy Judge*