# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Vicki Lorraine Kennedy | **Case No :** | 09-41430 - D - 7 |
| | | **Date :** | 2/3/10 |
| | | **Time :** | 10:00 |

**Matter :** [39] - Motion/Application for Relief from Stay [PD-1] Filed by Creditor Wells Fargo Bank, NA (Fee Paid $150) (lars)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as provided in this order. Automtaic stay vacated; no further relief afforded. Resolved without oral argument.

Dated: February 04, 2010

_Robert S. Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court